IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01645-BNB

JENNIFER VILLANUEVA,

Plaintiff,

v.

FREMONT COUNTY, by and through its Board of County Commissioners,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion for Order to Reschedule Fed.R.Civ.P. 16(B) Scheduling/Planning Conference and Corresponding Dates** [docket no. 13, filed August 13, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 4, 2014, is **vacated and reset to October 14, 2014, at 2:00 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **October 7, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  August 14, 2014