**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01645-RM-NYW

JENNIFER VILLANUEVA,

Plaintiff,

v.

FREMONT COUNTY, by and through its Board of County Commissioners,

Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Jennifer Villanueva's Unopposed Motion to Vacate and Reset Pre-Trial Conference, filed on July 1, 2015 [#34] (the "Motion"). Pursuant to the Order Referring Case dated September 11, 2014 [#18], the Reassignment dated February 10, 2015 [#30], and the Memorandum dated July 1, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. The Pre-Trial Conference is hereby reset to **August 3, 2015 at 11:00 a.m.**

DATED: July 8, 2015