**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01645-RM-NYW

JENNIFER VILLANUEVA,

Plaintiff,

v.

FREMONT COUNTY, by and through its Board of County Commissioners,

Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on Fremont County's Unopposed Motion to Modify Civil Scheduling Order to Reflect Extension of Time of Dispositive Motions Deadline, filed July 7, 2015 [#36] ("Motion"). Pursuant to the Order Referring Case dated September 11, 2014 [#18], the Reassignment dated February 10, 2015 [#30], and the Memorandum dated July 7, 2015 [#37], the Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED:

(1) The dispositive motion deadline is hereby re-set to **August 14, 2015**;
(2) The pre-trial conference is re-set to **October 14, 2015 at 2:00 p.m.**

DATED: July 14, 2015